87　449
88　477

## Lewis & Son v. Clegg.

1. It is not the office of the bill of exceptions to verify and bring up a transcript of the record. The transcript is to be certified and sent up by the clerk. The bill of exceptions should deal with the record no further than to specify such parts thereof as are material.

v 87-29

2. Although the bill of exceptions sets out what purport to be copies of the various parts of the record, and the judge certifies in the usual form, this does not verify the record or dispense with a certified transcript by the clerk, the judge not certifying that no transcript is necessary.

3. Where no transcript is sent up by the clerk, and no steps are taken by plaintiff in error to cause this to be done on the call of the case for argument or before, the writ of error will be dismissed.

July 8, 1891.   By two Justices.                    *Writ of error dismissed.*

Practice in Supreme Court.

No transcript of the record certified by the clerk accompanies this bill of exceptions.   Therein it is recited that a claim was interposed to the levy of a mortgage execution, " of which said foreclosure and claim proceeding the following are true and exact copies, viz." Then follow what purport to be copies of all the papers constituting the record, and then a statement of the ruling of the court complained of and of the exceptions thereto.   There is no specification of the parts of the record material to an understanding of the errors complained of.

J. M. DuPREE and C. R. McCRORY, by HARRISON & PEEPLES, for plaintiffs.

W. H. McCRORY and E. A. HAWKINS, for defendant.